UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

MINDA D. WIEDERHOLD individually and on behalf of all others similarly situated, )
)
)
Plaintiff, )
)
v. )    No. 4:24-cv-00003-SEB-TAB
)
RES-CARE, INC. d/b/a BRIGHTSRPING )
HEALTH SERVICES, )
)
)
Defendant. )

**FINAL JUDGMENT**

The Court having this day entered its Order directing the entry of final judgment, the Court now hereby enters FINAL JUDGMENT.

Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated. Each side shall bear its own fees and costs.

IT IS SO ORDERED.

Date:

_____3/31/2026_____                    _____

                                           SARAH EVANS BARKER, JUDGE
                                           United States District Court
                                           Southern District of Indiana

Distribution:

Mark Douglas Hassler
Hassler Kondras Miller LLP
hassler@hkmlawfirm.com

1

Bart A. Karwath
BARNES & THORNBURG, LLP (Indianapolis)
bart.karwath@btlaw.com

Robert Peter Kondras, Jr.
HASSLER KONDRAS MILLER LLP
kondras@hkmlawfirm.com

Alejandra Reichard
BARNES & THORNBURG, LLP (Indianapolis)
alejandra.reichard@btlaw.com

Paul M Secunda
Walcheske & Luzi LLC
psecunda@walcheskeluzi.com

T. Joseph Wendt
Barnes & Thornburg LLP
jwendt@btlaw.com